UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. COOKS,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA STATE PRISON, SOLANO, et al.,<br><br>        Defendants. | No. 2:17-cv-0049 JAM CKD P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On April 6, 2017, the court dismissed plaintiff's complaint with leave to amend. Among other things, plaintiff was informed that his original complaint is too long and that his amended complaint must be limited to 20 pages. The body of the amended complaint is 28 pages, about the same size as the original. The court has reviewed the amended complaint and does not find good cause for plaintiff's disregard of the court's page limitation. The court also notes that plaintiff generally ignored the instructions and advice given to him by the court in the court's April 6, 2017 order concerning the contents of his amended complaint. The allegations are vague and difficult to understand.

/////

/////

1

In light of the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint (ECF No. 18) is stricken.

2. The Clerk of the Court is directed to send plaintiff a copy of the court's form complaint used by prisoners alleging violations of their civil rights under 42 U.S.C. § 1983.

3. Plaintiff is granted thirty days to file an amended complaint. The amended complaint must be filed on the form provided herewith. The contents of the amended complaint must be in compliance with the court's April 6, 2017 order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." If plaintiff again elects to disregard in any material respect the instructions which have been given to him concerning the contents of his amended complaint, or fails to file an amended complaint, the court will recommend that this action be dismissed for failure to follow court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: October 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cook0049.str

2